UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENG JAMES CHHEM,<br>Petitioner,<br>v.<br>DAVID W. JENNINGS, et al.,<br>Respondents. | Case No. 18-cv-04541-JCS (PR)<br><br>**ORDER TO SHOW CAUSE**<br><br>Dkt. No. 2. |

## INTRODUCTION

Petitioner seeks federal habeas relief from his detention by Immigration and Customs Enforcement (ICE). The petition for such relief states cognizable claims. Respondents shall file a response to the petition on or before **December 15, 2018**, unless an extension is granted.

## BACKGROUND

Petitioner, a native of Cambodia, has been held by ICE since September 2017 pending removal. In 1991, he was convicted in the Los Angeles Superior Court of murder. A sentence of 25 years to life was imposed.

## STANDARD OF REVIEW

The Court may entertain a petition for writ of habeas corpus from a person claiming to be "in custody in violation of the Constitution or laws or treaties of the United States."

28 U.S.C. § 2241(c)(3). A district court considering an application for a writ of habeas corpus shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

Under section 2241, alien detainees can properly challenge "the extent of the Attorney General's authority" to detain a removable alien under the general detention statutes. *Zadvydas v. Davis*, 533 U.S. 678, 687–89 (2001); *see also Denmore v. Kim*, 538 U.S. 510, 516-17 (2003).

## DISCUSSION

Petitioner alleges that his indefinite detention is unlawful under the Constitution and under 8 U.S.C. § 1231(a)(6). When liberally construed, the petition states cognizable claims.

## MOTION TO APPOINT COUNSEL

Petitioner's motion to appoint counsel is DENIED. (Dkt. No. 2.) The case does not present factually or legally complex issues nor are there other reasons justifying the appointment of counsel. 18 U.S.C. § 3006A.

## CONCLUSION

1. The Clerk shall serve a copy of this order, the petition and all attachments thereto, on respondents. The Clerk shall also serve a copy of this order on petitioner.

2. On or before **December 15, 2018**, respondents shall file with the Court and serve on petitioner an answer showing cause why a writ of habeas corpus should not be granted based on petitioner's cognizable claims.

3. If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on respondents within thirty (30) days of the date the answer is filed.

4. In lieu of an answer, respondents may file, on or before **December 15, 2018**, a motion to dismiss on procedural grounds. If respondents file such a motion, petitioner shall file with the Court and serve on respondents an opposition or statement of non-

opposition within thirty (30) days of the date the motion is filed, and respondents shall file with the Court and serve on petitioner a reply within fifteen (15) days of the date any opposition is filed.

    5. Petitioner is reminded that all communications with the Court must be served on respondent by mailing a true copy of the document to respondents.

    6. It is petitioner's responsibility to prosecute this case. Petitioner must keep the Court and respondents informed of any change of address and must comply with the Court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

    7. Upon a showing of good cause, requests for a reasonable extension of time will be granted provided they are filed on or before the deadline they seek to extend.

    8. The filing fee has been paid.

    9. Petitioner's motion for the appointment of counsel is DENIED. (Dkt. No. 2.)

    10. The Clerk shall terminate Dkt. No. 2.

**IT IS SO ORDERED.**

**Dated:** October 10, 2018

                                              JOSEPH C. SPERO
                                              Chief Magistrate Judge