UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENG JAMES CHHEM,<br>    Petitioner,<br>    v.<br>DAVID W. JENNINGS, et al.,<br>    Respondents. | Case No. 18-cv-04541-JCS (PR)<br><br>**ORDER OF DISMISSAL** |

    This federal habeas action will be dismissed as moot because petitioner is no longer in custody. Petitioner sought relief from his detention by Immigration and Customs Enforcement (ICE). Respondents have notified the Court that petitioner has since been removed from the United States and therefore is no longer in ICE's custody. (Dkt. Nos. 9 and 10.)

    Because there is now no relief the Court can grant, the petition is DISMISSED as moot. The order to show cause is DISCHARGED.

    All parties consented to magistrate judge jurisdiction. (Dkt. Nos. 4 and 8.)

    The Clerk shall enter judgment in favor of respondents, and close the file.

    **IT IS SO ORDERED.**

**Dated:** October 23, 2018

                                                                           JOSEPH C. SPERO<br>
                                                                          Chief Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENG JAMES CHHEM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID W. JENNINGS, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-04541-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cheng James Chhem ID: A023-743-574
Mesa Verde Detention Facility
425 Golden State Avenue
Bakersfield, CA 93301

Dated: October 23, 2018

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　Karen Hom, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable JOSEPH C. SPERO